UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MIGUEL FLORES-DELGADO,<br><br>                Petitioner,<br><br>v.<br><br>U.S. ATTORNEY GENERAL, *et al.*,<br><br>                Respondents. | Civil No. 07cv762 L(LSP)<br><br>**ORDER DISMISSING ACTION AS MOOT** |

Respondents have provided notice that petitioner has been removed from the United States to Mexico based upon the Board of Immigration Appeals decision that affirmed the Immigration Judge's determination that petitioner should be removed. Petitioner is no longer in custody and therefore his request for habeas relief under 28 U.S.C. § 2241 cannot be maintained. Based on the foregoing, this case is **DISMISSED AS MOOT**. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: May 26, 2009

                                                  M. James Lorenz
                                                  United States District Court Judge

/ / /

/ / /